IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN VALDETARRO,** | : | CIVIL ACTION |
| **Plaintiff** | : | |
| | : | NO. 02-CV-2870 |
| vs. | : | |
| | : | |
| **DANIEL VOLLRATH,** *et al*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 5th day of November, 2002, it is **ORDERED** that a **PRETRIAL CONFERENCE** shall be held on November 26, 2002, at 10:00 a. m. in Room 4006, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

_____
TIMOTHY J. SAVAGE,  J.