IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN VALDETARRO | : | CIVIL ACTION |
| | : | |
| v. | : | No. 02-CV-2870 |
| | : | |
| DANIEL VOLLRATH, ET AL. | : | |

### ORDER

AND NOW, this 24th day of December, 2002, upon consideration of the Defendants' Motion to Dismiss (Docket No. 4) and the plaintiff's response, it is **ORDERED** that the motion to dismiss is **GRANTED IN PART** and **DENIED IN PART**.

1. The motion to dismiss the claim for punitive damages is **GRANTED**.

2. The motion to dismiss the complaint against the defendants Sean Gargan and Tim Holt is **GRANTED**.

3. The motion to dismiss the complaint against the defendants Daniel Vollrath and Ken Clark is **DENIED**.

_____
TIMOTHY J. SAVAGE, J.