IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN VALDETARRO** | : | **CIVIL ACTION** |
| | : | |
| | : | No. 02-CV-2870 |
| **v.** | : | |
| | : | |
| | : | |
| **DANIEL VOLLRATH,** *et al* | : | |

## ORDER

**AND NOW**, this 4th day of March, 2003, upon consideration of Defendants' Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 37 (b)(2) (Document No. 11), it is **ORDERED** that the motion is **DENIED.**

BY THE COURT:

_____
TIMOTHY J. SAVAGE, J.